IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MISC. NO. 07-00040 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| YEONGBU KIM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| ) | |
| BANK OF HAWAII and ) | |
| FIRST HAWAIIAN BANK, ) | |
| ) | |
| Garnishees. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS

Findings and Recommendation having been filed and served on all parties on November 25, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S (1) APPLICATION FOR WRIT OF CONTINUING BANK GARNISHMENT AS TO BANK OF HAWAII, and (2) APPLICATION FOR WRIT OF CONTINUING

BANK GARNISHMENT AS TO FIRST HAWAIIAN BANK,"

docket entry no. 20,   are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, December 15, 2009.



_____
David Alan Ezra
United States District Judge

United States of America vs. Kim, Misc. No. 07-00040 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS